

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Occidental Oil & Gas Corporation et al.,    * From the 441st District Court
of Midland County
Trial Court No. CV52837.

Vs. No. 11-18-00077-CV        * April 19, 2018

Gutierrez Trucking, LLC, et al.,      * Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has considered Appellants' agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Appellants.